**Stuart D. Gavzy**
**163 East Main Street**
**Suite B**
**Little Falls, NJ 07424**
**973-256-6080**
**Fax : 973-256-3665**
**Email: mainmail@gavzylaw.com**

_____

|  | : UNITED STATES BANKRUPTCY COURT |
|---|---|
|  | : FOR THE DISTRICT OF NEW JERSEY |
|  | : |
| **IN RE:** | : CASE NO: 09-43118 DHS |
|  | : |
| **John and Suzanne Taylor** | : |
|  | : MOTION FOR AN ORDER |
|  | : RELEASING UNCLAIMED FUNDS |
|  | : FROM THE COURT |
|  | : |
|  | : |

**ORAL ARGUMENT WAIVED UNLESS A RESPONSE IS FILED**
_____

**TO:**

**John and Suzanne Taylor**
**20 Old Stagecoach Road**
**Newton, NJ 07860**

**Marie Ann Greenberg**
**Chapter 13 Trustee**
**Two Bridge Rd.,Suite 230**
**P.O. Box 10215**
**Fairfield, NJ 07004**

**Office of the United States Trustee**
**One Newark Center**
**Newark, NJ 07102**

**And all creditors on the attached mailing matrix:**

      **PLEASE TAKE NOTICE** that on _____ or as soon as counsel may be heard, the Undersigned, attorney for the debtor will move before the Honorable Judge, Steckroth, United States Bankruptcy Court, 50 Walnut Street, Newark, New Jersey, for an ORDER RELEASING UNCLAIMED FUNDS FROM THE COURT.

**Dated: December 9, 2011**                              **/s/ Stuart D. Gavzy, Esquire**
                                                              **Stuart D. Gavzy**